**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**EVANSVILLE DIVISION**

MARICELA GARCIA,
        PLAINTIFF,

vs.                                 CAUSE NO. 3:21-CV-125-MPB-MJD

HOLTZMAN TRUCKING CO., INC.,
DAVID WALKER AND RUXER FORD
LINCOLN, INC.,
        DEFENDANTS.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Come now the parties, by counsel, and stipulate and agree and represent to the Court that all matters in controversy in the above cause of action have been fully compromised and settled and that this case should be dismissed with prejudice, costs paid.

Dated this 30th day of June, 2023.

| | |
|---|---|
| */s/ Bruce Jamison (w/ permission)* | */s/ John J. Kreighbaum* |
| Bruce Jamison, Esq. (TX #10561500) | John J. Kreighbaum, Esq. #18039-49 |
| Jamison & Associates, PLLC | Danny E. Glass, Esq. #7156-82 |
| 26205 Oak Ridge Drive | FINE & HATFIELD, A Professional Corporation |
| Suite 100 | 520 N.W. Second Street; P.O. Box 779 |
| The Woodlands, Texas 77380-1117 | Evansville, Indiana 47705-0779 |
| Telephone: (281) 465-8665 | Telephone: (812) 425-3592 |
| Email: bjamison@jamisonlaw-us.com | Email: jjk@fine-hatfield.com |
| | deg@fine-hatfield.com |
| Attorneys for Plaintiff, | Attorneys for Defendant, |
| Maricela Garcia | Ruxer Ford Lincoln, Inc. |
| */s/ Todd C. Barsumian (w/ permission)* | */s/ Scott L. Tyler (with permission)* |
| Todd C. Barsumian, Esq. #20778-82 | Scott L. Tyler, Esq. #16218-10 |
| Jonathan T. Armiger, Esq. #29814-29 | Waters, Tyler, Hofmann & Scott, LLC |
| Barsumian Armiger, LLC | 1947 E. Spring Street |
| 5455 Old Indiana 261 | New Albany, IN 47150 |
| Newburgh, IN 47630 | Email: styler@wthslaw.com |
| Emails: todd@barsumianlaw.com | |
|        jonathan@barsumianlaw.com | |
| Attorneys for Plaintiff, | Attorneys for Defendants, |
| Maricela Garcia | Holtzman Trucking Co., Inc. & David Walker |

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of June, 2023 a copy of the foregoing *Stipulation of Dismissal* was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Notice of this filing will be electronically served on counsel of record via the court's electronic filing system at the following email address:

Todd C. Barsumian, Esq.
Jonathan T. Armiger, Esq.
Barsumian Armiger, LLC
5455 Old Indiana 261
Newburgh, IN 47630
Emails: todd@barsumianlaw.com; sherrie@barsumianlaw.com
jonathan@barsumianlaw.com

Bruce Jamison, Esq.
Jamison & Associates, PLLC
26010 Oak Ridge Drive, Suite 205
The Woodlands, TX 77380
Email: bjamison@jamisonlaw-us.com, j.easley@jamisonlaw-us.com,
lrodriguez@jamisonlaw-us.com, mtaylor@jamisonlaw-us.com

Scott L. Tyler, Esq.
Waters, Tyler, Hofmann & Scott, LLC
1947 E. Spring Street
New Albany, IN 47150
Email: styler@wthslaw.com, jbrown@wthslaw.com

*/s/ John J. Kreighbaum*
John J. Kreighbaum, Esq.   #18039-49
FINE & HATFIELD, A Professional Corporation
520 N.W. Second Street; P.O. Box 779
Evansville, Indiana 47705-0779
Telephone: (812) 425-3592
Email: jjk@fine-hatfield.com