UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| MARICELA GARCIA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HOLTZMAN TRUCKING CO., INC., et al., )<br>)<br>Defendants. ) | No. 3:21-cv-00125-MPB-MJD |

### ORDER OF DISMISSAL WITH PREJUDICE

Comes now the Court, and having read the Stipulation of Dismissal with Prejudice submitted by the parties, and being duly advised in the premises, now finds that this matter should be dismissed, with prejudice.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that this cause of action is dismissed with prejudice, costs paid.

Dated: July 7, 2023

_____
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Served electronically on all ECF-registered counsel of record.